# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE<br>CAPITAL ONE TELEPHONE<br>CONSUMER PROTECTION ACT<br>LITIGATION | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document relates to:<br><br>MARJORIE BERGISTE,<br><br>        Plaintiff,<br>v.<br><br>CAPITAL ONE BANK (USA), N.A.;<br>RUBIN & DEBSKI, P.A.; and ARTHUR<br>DREW RUBIN,<br>        Defendants. | Case No: 1:14-CV-02594 |

**AGREED ORDER TO DISMISS WITH PREJUDICE**

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by the parties:

IT IS HEREBY ORDERED that *Marjorie Bergiste v. Capital One Bank (USA), N.A.; Rubin & Debski, P.A.; and Arthur Drew Rubin*, is dismissed in its entirety, with prejudice, each Party shall bear their own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a).

Dated: June 6, 2014

                                            *James F. Holderman*
                                          JAMES F. HOLDERMAN
                                          United States District Judge